**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NICHOLAS MARIANO, JOANN
MARIANO and TREASURE COAST
INTERIORS, INC.,

        **Plaintiffs,**

-vs-                                                    Case No. 6:10-cv-1213-Orl-22KRS

ETHAN ALLEN INTERIORS, INC.,
DAVID L. OLSON and FAROOQ
KATHWARI

        **Defendants.**
_____/

# ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 90) filed on September 27, 2011.

The United States Magistrate Judge has submitted a report recommending that Defendants be awarded attorneys' fees and costs in the amount of $8,098.69.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed September 27, 2011 (Doc. No. 90) is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendants are awarded attorneys' fees and costs in the amount of $8,098.69. Paul D. Mark Lucas and Gary, Williams, Finney, Lewis, Watson & Sperando P.L. shall tender payment to the Defendants within fourteen days of the date of this Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge